UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| XING FENG HUANG, <br><br> Petitioner, <br><br> v. <br><br> WILLIAM BARR, et al., <br><br> Respondent. | CASE NO. 2:20-cv-01687-RSM-BAT <br><br> **ORDER APPOINTING FEDERAL PUBLIC DEFENDER** |

The Court GRANTS the motion to appoint the Federal Public Defender ("FPD") as counsel, Dkt. 2 and **ORDERS**:

(1)   Petitioner's motion for appointment of counsel, Dkt. **2**, is **GRANTED**.

(2)   The FPD is appointed to represent petitioner in this case.

(3)   The Clerk shall provide a copy of this Order to petitioner, the FPD, and the assigned District Judge.

DATED this 18th day of November 2020.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge