Chief Judge Ricardo S. Martinez
Chief Magistrate Judge Brian S. Tsuchida

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| XING FENG HUANG,<br><br>Petitioner,<br><br>v.<br><br>WILLIAM BARR, et. al.,<br><br>Respondents. | No. C20-1687-RSM-BAT<br><br>JOINT STIPULATION AND ORDER CONSENTING TO MAGISTRATE JUDGE AND DISMISSING HABEAS PETITION<br><br>NOTE ON MOTION CALENDAR: Today |

COMES NOW Respondents, by and through their counsel, Brian T. Moran, United States Attorney for the Western District of Washington, and Nickolas Bohl, Assistant United States Attorney for said District, and Petitioner, by and through his counsel Gregory Murphy, and hereby jointly stipulate and agree as follows:

WHEREAS on November 17, 2020, Petitioner filed a habeas petition challenging his continued immigration detention. Dkt. No. 1.

WHEREAS on November 25, 2020, Petitioner was released from custody on an order of supervision. Dkt. No. 8.

WHEREAS the parties agree that Petitioner's release rendered the habeas petition moot. *See Abdala v. Immigration and Naturalization Service*, 488 F.3d 1061, 1065 (9th Cir. 2007).

JOINT STIPULATION AND ORDER CONSENTING TO
MAGISTRATE JUDGE AND DISMISSING HABEAS PETITION
(C20-1687-RSM-BAT)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

WHEREAS the parties agree that this action should be dismissed as moot without fees or costs to either party.

WHEREAS the parties consent to proceed before the assigned Magistrate Judge under 28 U.S.C. § 636(c).

NOW THEREFORE, the parties, through their respective counsel of record, do hereby stipulate and agree, and respectfully request, that the Court make and enter the following order:

1. Petitioner's habeas petition is hereby denied and dismissed as moot without fees or costs to either party.

SO STIPULATED.

DATED this 4th day of December, 2020.

BRIAN T. MORAN
United States Attorney


 s/ Nickolas Bohl
NICKOLAS BOHL WSBA #48978
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA  98101-1271
Telephone:  (206) 553-7970
Fax:  (206) 553-4067
E-mail:  nickolas.bohl@usdoj.gov
Attorney for Respondents

JOINT STIPULATION AND ORDER CONSENTING TO
MAGISTRATE JUDGE AND DISMISSING HABEAS PETITION
(C20-1687-RSM-BAT)

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington  98101-1271
(206) 553-7970

SO STIPULATED.

DATED this 4th day of December, 2020.

 *s/ Gregory Murphy*
GREGORY MURPHY, WSBA #36733
Assistant Federal Public Defender
Federal Public Defender's Office
1601 Fifth Avenue, Suite 700
Seattle, Washington  98101
Phone:  (206) 553-1100
Email:  Gregory_Murphy@fd.org

Attorney for Petitioner

**ORDER**

    IT IS SO ORDERED.

    DATED this _4th_ day of _December_, 2020.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

JOINT STIPULATION AND ORDER CONSENTING TO
MAGISTRATE JUDGE AND DISMISSING HABEAS PETITION
(C20-1687-RSM-BAT)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington  98101-1271
(206) 553-7970